# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

|  |  |
|---|---|
| **Debtor:** | TIADORS Y & HANNA ZAIA |
| **Case Number:** | 2:09-bk-20214-CGC  **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, OCTOBER 01, 2009 10:00 AM  6TH FLOOR #601 |
| **Bankruptcy Judge:** | CHARLES G. CASE II |
| **Courtroom Clerk:** | RHONDA VAUGHAN |
| **Reporter / ECR:** | AIDA URBALEJO |

## Matter:

INITIAL CHAPTER 11 STATUS CONFERENCE

**R / M #:** 1 / 0

## Appearances:

NASSER U. ABUJBARAH, ATTORNEY FOR TIADORS Y ZAIA, HANNA ZAIA

## Proceedings:

Mr. Abujbarah advises he filed his initial report for Chapter 11 Status Conference and discusses the nature of debtor's business operations.

COURT: IT IS ORDERED DEBTOR SHALL HAVE UNTIL DECEMBER 18, 2009 TO FILE A PLAN AND DISCLOSURE STATEMENT; FAILING THAT THE UST CAN FILE A MOTION TO CONVERT OR DISMISS.