# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | TIADORS Y & HANNA ZAIA | | |
| **Case Number:** | 2:09-BK-20214-CGC | **Chapter:** | 11 |
| **Date / Time / Room:** | TUESDAY, DECEMBER 08, 2009 02:30 PM   6TH FLOOR #601 | | |
| **Bankruptcy Judge:** | CHARLES G. CASE II | | |
| **Courtroom Clerk:** | RHONDA VAUGHAN | | |
| **Reporter / ECR:** | MARCO GARCIA | | |

## Matter:

MOTION FOR RELIEF FROM STAY RE: REAL PROPERTY, 1533 E. VILLA MARIA DRIVE, PHOENIX, AZ 85022 FILED BY MARK 1 BOSCO OF TIFFANY & BOSCO, P.A. ON BEHALF OF BANKUNITED, FSB .

**R / M #:**   26 / 0

## Appearances:

LEONARD MCDONALD, ATTORNEY FOR BANK UNITED

## Proceedings:

Mr. McDonald requests this hearing be continued for 30 days.

CLERK:  MOTION FOR RELIEF CONTINUED TO JANUARY 7, 2010 AT 1:30 P.M.