# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

*Hearing Information:*

|   |   |   |   |
|---|---|---|---|
| **Debtor:** | TIADORS Y & HANNA ZAIA | | |
| **Case Number:** | 2:09-BK-20214-CGC | **Chapter:** | 11 |
| **Date / Time / Room:** | THURSDAY, JANUARY 07, 2010 01:30 PM   6TH FLOOR #601 | | |
| **Bankruptcy Judge:** | CHARLES G. CASE II | | |
| **Courtroom Clerk:** | RHONDA VAUGHAN | | |
| **Reporter / ECR:** | MARCO GARCIA | | |

*Matter:*

CONTINUED MOTION FOR RELIEF FROM STAY RE: REAL PROPERTY, 1533 E. VILLA MARIA DRIVE, PHOENIX, AZ 85022 FILED BY MARK 1 BOSCO OF TIFFANY & BOSCO, P.A. ON BEHALF OF BANKUNITED, FSB .

**R / M #:** 26 / 0

*Appearances:*

JOSEPH BROWN, ATTORNEY FOR HANNA ZAIA, TIADORS Y ZAIA
WILLIAM FISHBACH, ATTORNEY FOR BANKUNITED

*Proceedings:*

Counsel requests a continued hearing.

COURT: IT IS ORDERED CONTINUING THIS HEARING TO FEBRUARY 4, 2010 AT 1:30 P.M.