**SO ORDERED.**



Dated: February 24, 2010

Nasser U. Abujbarah (026182)
The Law Offices of Nasser U. Abujbarah
7025 E. McDowell Rd., Suite 9
Scottsdale, AZ 85257
Office: (480) 776-6846
Fax: (480) 776-6847
Email: nasser@nualegal.com

_____
CHARLES G. CASE, II
U.S. Bankruptcy Judge

*Attorney for Debtors*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>Tiadors Y Zaia and Hanna Zaia,<br><br>Debtors. | Case No.<br>2:09-bk-20214-CGC<br><br>**ORDER AND NOTICE FOR HEARING ON DISCLOSURE STATEMENT**<br>    **April 7, 2010 @ 11:00 a.m.**<br>    **230 N. First Ave., CR 601**<br>    **Phoenix, Arizona 85003** |

To the Debtors, Tiadors Y. Zaia and Hanna Zaia, their creditors, and other parties in interest:

A Disclosure Statement and Plan under Chapter 11 of the Bankruptcy Code having been filed by the Debtors on January 5, 2010:

IT IS ORDERED and notice is hereby given that:

    1.    The hearing to consider the approval of the Disclosure Statement shall be held at 230 N. First Ave., Courtroom 601, Phoenix, Arizona 85003, on April 7, 2010 at 11:00 a.m.;

    2.    Filing and servicing of written objections to the Disclosure Statement shall be complete and filed with this Court no later than April 10, 2010 by 5:00 p.m., in accordance with Fed. R. Bankr. P. 3017(a);

1. 3. The Disclosure Statement and Plan have already been distributed in accordance with Fed. R. Bankr. P. 3017(a); and,

4. Requests for copies of the Disclosure Statement and Plan shall be mailed to the Attorneys for the Debtors at:

**The Law Offices of Nasser U. Abujbarah**
7025 E. McDowell Road, Suite 9
Scottsdale, Arizona 85257

**Signed and dated above**