# TIFFANY & BOSCO
## P.A.

2525 EAST CAMELBACK ROAD
THIRD FLOOR
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Secured Creditor

10-00034

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:09-bk-20214-CGC |
| Tiadors Y. Zaia and Hanna Zaia, Tiadors Y. Zaia and Hanna Zaia | Chapter 11 |
| Debtors. | OBJECTION TO 11 PLAN |
| Indymac Venture, LLC | |
| Secured Creditor, vs. | |
| Tiadors Y. Zaia and Hanna Zaia, Tiadors Y. Zaia and Hanna Zaia, Debtors; U.S. Trustee, Trustee. | |
| Respondents. | |

Indymac Venture, LLC, a secured creditor, by its attorneys, TIFFANY & BOSCO, P.A., hereby objects to the proposed 11 Plan filed by the Debtors for the following reasons:

Indymac Venture, LLC, files this response to the proposed 11 Plan of the Debtors. The Chapter 11 Plan fails to provide treatment for Indymac Venture, LLC's lien interest on the real property commonly known as 23414 North 84th Place, Scottsdale AZ 85255.

WHEREFORE, secured creditor prays as follows:

 (1) That the 11 Plan be denied.

 (2) For such other relief as this Court deems proper.

DATED this 25th day of March, 2010.

                Respectfully submitted,

                TIFFANY & BOSCO, P.A.

                BY <u> /s/ MSB # 010167</u>
                  Mark S. Bosco
                  Leonard J. McDonald
                  Attorneys for Secured Creditor

COPY of the foregoing mailed
March 25, 2010 to:

Tiadors Y. Zaia and Hanna Zaia
1533 E. Villa Maria Drive
Phoenix, AZ 85022

Tiadors Y. Zaia and Hanna Zaia
1533 E. Villa Maria Drive
Phoenix, AZ 85022
Debtors

Nasser U. Abujbarah
7025 E. McDowell Rd.
Suite 9
Scottsdale, AZ 85257
Attorney for Debtors

U.S. Trustee
230 North First Avenue
Suite 204
Phoenix, AZ 85003
Trustee

By: Nicole Harrison