# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## Hearing Information:

|   |   |   |   |
|---|---|---|---|
| **Debtor:** | TIADORS Y & HANNA ZAIA | | |
| **Case Number:** | 2:09-BK-20214-CGC | **Chapter:** | 11 |
| **Date / Time / Room:** | THURSDAY, APRIL 08, 2010 01:30 PM   6TH FLOOR #601 | | |
| **Bankruptcy Judge:** | CHARLES G. CASE II | | |
| **Courtroom Clerk:** | | | |
| **Reporter / ECR:** | N/A | | |

## Matter:

MOTION FOR RELIEF FROM STAY RE: REAL PROPERTY, 826 WOODLAND HEIGHTS BLVD., STREAMWOOD, IL 60107 FILED BY MARK 1 BOSCO OF TIFFANY & BOSCO, P.A. ON BEHALF OF BANKUNITED, FSB .

R / M #:   77 / 0

**VACATED: Amended Notice of Preliminary Hearing filed by MARK 4 BOSCO of TIFFANY & BOSCO, P.A. on behalf of BankUnited, FSB (related document(s) 77 Motion for Relief from Stay (150.00 fee)) Preliminary Hearing set for 4/7/2010 at 11:00 AM at 230 N. First Ave., 6th Floor, Courtroom 601, Phoenix, AZ (CGC ) (Attachments: # 1 Exhibit (a) Oreder re Procedures in Stay Relief Matters). (BOSCO, MARK**

## Appearances:

NONE

## Proceedings:

VACATED: Amended Notice of Preliminary Hearing filed by MARK 4 BOSCO of TIFFANY & BOSCO, P.A. on behalf of BankUnited, FSB (related document(s) 77 Motion for Relief from Stay (150.00 fee)) Preliminary Hearing set for 4/7/2010 at 11:00 AM at 230 N. First Ave., 6th Floor, Courtroom 601, Phoenix, AZ (CGC ) (Attachments: # 1 Exhibit (a) Oreder re Procedures in Stay Relief Matters).(BOSCO, MARK