# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | TIADORS Y & HANNA ZAIA | | |
| **Case Number:** | 2:09-BK-20214-CGC | **Chapter:** | 11 |
| **Date / Time / Room:** | WEDNESDAY, APRIL 07, 2010 11:00 AM   6TH FLOOR #601 | | |
| **Bankruptcy Judge:** | CHARLES G. CASE II | | |
| **Courtroom Clerk:** | RHONDA VAUGHAN | | |
| **Reporter / ECR:** | MARCO GARCIA | | |

## *Matters:*

**1)** CONTINUED MOTION FOR RELIEF FROM STAY RE: REAL PROPERTY, 23414 NORTH 84TH PLACE,SCOTTSDALE, AZ 85255 FILED BY MARK 1 BOSCO OF TIFFANY & BOSCO, P.A.  ON BEHALF OF INDYMAC VENTURE, LLC .

   **R / M #:**   53 /  0

**2)** ADM: 2:09-bk-20214-CGC

   HEARING ON DISCLOSURE STATEMENT

   **R / M #:**   47 /  0

**3)** MOTION FOR RELIEF FROM STAY RE: REAL PROPERTY, 826 WOODLAND HEIGHTS BLVD., STREAMWOOD, IL 60107 FILED BY MARK 1 BOSCO OF TIFFANY & BOSCO, P.A.  ON BEHALF OF BANKUNITED, FSB .

   **R / M #:**   77 /  0

**4)** CONTINUED MOTION FOR RELIEF FROM STAY 1533 EAST VILLA MARIA DRIVE, PHOENIX, AZ 85022 (AZ-09-12044) FILED BY MATTHEW A. SILVERMAN OF MCCARTHY HOLTHUS LEVINE ON BEHALF OF BANK OF AMERICA, NATIONAL ASSOCIATION AS SUCCESSOR BY MERGER TO "LASALLE BANK NA AS TRUSTEE FOR WASHINGTON MUTUAL MORTGAGE PASS-THROUGH CERTIFICATES WAMU SERIES 2007-OA4TRUST, ITS ASSIGNEES AND/O .

   **R / M #:**   61 /  0

## *Appearances:*

NASSER U. ABUJBARAH, ATTORNEY FOR HANNA  ZAIA, TIADORS Y ZAIA, HANNA ZAIA
JESSICA KENNEY, ATTORNEY FOR BANK OF AMERICA, NATIONAL ASSOCIATION
LARRY FOLKS, ATTORNEY FOR M & I BANK
LEONARD MCDONALD, ATTORNEY FOR BANKUNITED

# Minute Entry

(continue)...    2:09-BK-20214-CGC                WEDNESDAY, APRIL 07, 2010 11:00 AM

## *Proceedings:*

Mr. McDonald advises counsel agreed the stay could lift as to the properties located at 23414 N. 84th Place, Scottsdale, Az and 826 Woodland Heights Blvd., Streamwood , IL.  As to the property located at 11568 W.  Vogel Ave., Youngtown, Az. an objection to confirmation was filed at docket #91.  He advises debtor offered adequate protection of $650.00 per month and he does not have authority to accept that offer;  he will take that offer back to his client.

Ms. Kenney advises as to the property located at 1533 E. Villa Maria Drive a stipulated order for adequate protection will be submitted to the Court.

Mr. Folks advises M & I Bank has a lien on the property located at 12838 Sunridge Dr.  He advises stay relief was granted on January 12, 2010 and the foreclosure sale is set on May 4th and any reference to this property will be deleted from the plan and disclosure statement.

COURT:  IT IS ORDERED SETTING THE OBJECTION TO CONFIRMATION  FILED AT DOCKET #91 ON THE PROPERTY LOCATED AT 11568 W. VOGEL AVE ON MAY 11, 2010 AT 2:30 P.M.

IT IS FURTHER ORDERED APPROVING THE DISCLOSURE STATEMENT AND SETTING AN INITIAL CONFIRMATION HEARING ON MAY 25, 2010 AT 10:00 A.M.