# TIFFANY & BOSCO
### P.A.

2525 E. CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-01849

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

IN RE:

Tiadors Y. Zaia and Hanna Zaia
    Debtors.

U.S. Bank, National Association

    Movant,
vs.

Tiadors Y. Zaia and Hanna Zaia, Debtors; U.S. Trustee, Trustee.

    Respondents.

No. 2:09-bk-20214-CGC

Chapter 11

**STIPULATION REGARDING ADEQUATE PROTECTION**

IT IS HEREBY STIPULATED by and between the parties herein, through counsel undersigned, that the Debtors pay Adequate Protection Payments in the amount of $650.00 a month plus any applicable taxes and interest commencing on May 1, 2010. The funds are intended to serve as adequate protection for Debtor's lien obligation to Movant secured by the real property described as:

Lot 253, AUGA FRIA RANCH PAHSE 2, according to the plat of record in the office of the County Recorder of Maricopa County, Arizona recorded in Book 653 of Maps, page 15.

This stipulation is for adequate protection payments only. The parties hereto reserve all rights and defenses including proof as to being the current lien holder on the real property described herein. Additionally, the parties acknowledge that the adequate protection payments provided herein shall be applied pursuant to further Order from the Court.

DATED:
By: _____
Nasser U. Abujabarah
7025 E. McDowell Rd. Ste. 9
Scottsdale, AZ 85257
Attorney for Debtor

DATED:
By: _____
Leonard J. McDonald, Jr.
2525 E. Camelback Rd., Ste. 300
Phoenix, AZ 85016
Attorneys for Movant