TIFFANY & BOSCO
P.A.
**2525 E. CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**
Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-01849

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Tiadors Y. Zaia and Hanna Zaia<br>Debtors.<br><br>U.S. Bank, National Association<br><br>Movant,<br>vs.<br><br>Tiadors Y. Zaia and Hanna Zaia, Debtors; U.S. Trustee, Trustee.<br><br>Respondents. | No. 2:09-bk-20214-CGC<br><br>Chapter 11<br><br>**STIPULATION REGARDING PLAN TREATMENT AND TO VALUATE THE FIRST LIEN ENCIMBERING REAL PROPERTY LOCATED AT 11568 W. VOGEL AVENUE, YOUNGTOWN, AZ 85363** |

IT IS HEREBY STIPULATED by and between the parties herein, through counsel undersigned, and Debtor's in Possession (hereinafter "Debtors"), that the property generally described 11568 W. Vogel Avenue, Youngtown, Arizona 85363 and legally described as:

Lot 253, AUGA FRIA RANCH PAHSE 2, according to the plat of record in the office of the County Recorder of Maricopa County, Arizona recorded in Book 653 of Maps, page 15. ("Subject Property", also referred to as Class 2F in Debtor's Plan of Reorganization), shall be treated as follows

Commencing on the Effective Date, the Debtor will make payments on the value of $94,000.00. The interest rate is to be fixed at 5% and payments will be comprised of both principle and interest. Commencing on the Effective date the loan will be amortized over 30 years with the above listed terms but shall maintain the existing maturity date of July 2034.

All other terms and conditions of the original Note and Mortgage, including the default provisions, shall remain in full force and effect.

This Stipulation shall be subject to Bankruptcy Court approval.

This Stipulation shall be incorporated into Debtor's confirmed Chapter 11 Plan, and may not be altered in any way by subsequently amended and/or filed Amended Chapter 11 Plan or Amended Disclosure Statement, if any.

The Debtor hereby waives objections to Movant's claims in regard to the Subject property for all purposes besides accounting for the respective claims.

The agreements contained in this Stipulation shall be binding for purposes of the treatment of the Subject Property in Debtor's confirmed Chapter 11 Plan, unless otherwise stipulated writing.

In the even this case is converted to a Chapter 7 or dismissed, this Stipulation shall be deemed void and unenforceable.

....

....

SO STIPULATED:

Dated: 7/19/2010

BY: _____
Leonard McDonald, Esq
Attorney for Movant

Dated: 7/16/2010

BY: /s/ Nasser Abujbarah
Nasser Abujbarah, Esq.
Attorney for Debtors-in-Possession